**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

| | |
|---|---|
| In re: | |
| | Case No. 16-20543 MER |
| ABRUZZO IV, LLC | |
| | Chapter 11 |
| Debtor. | |

**ORDER DISMISSING CHAPTER 11 CASE**

THIS MATTER THIS MATTER arises *sua sponte*. On November 9, 2016, the Court entered an Order requiring the Debtor to retain counsel to represent it by November 21, 2016, failing which the case would be dismissed. A review of the Court's docket shows that the Debtor is still unrepresented. Accordingly,

IT IS ORDERED that this case be and it hereby is dismissed.

Dated November 22, 2016        BY THE COURT:

_____
Michael E. Romero, Chief Judge
United States Bankruptcy Court